AO 106 (Rev. 04/010) Application for Search Warrant                AUTHORIZED AND APPROVED/DATE:  s/Jackson D. Eldridge 07/18/2025

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>A person, Simon Martinez-Gonzalez, who is Incarcerated in the Cimarron Correctional Facility Located at 3200 South Kings Highway, in Cushing, Oklahoma, to Seize Samples of Deoxyribonucleic Acid ("DNA") via Buccal Swab | Case No: MJ-25-435-CMS |

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following Person *(identify the person or describe property to be searched and give its location)*:

See Attachment A, which is attached and incorporated herein.

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated herein.

The basis for the search under Fed. R. Crim.P.41(c) is *(check one or more)*:
- ☒ evidence of the crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1201(a)(1) and (g)(1) | Kidnapping of a Child |

The application is based on these facts:
See attached Affidavit of Special Agent Polo Villarreal, Homeland Security Investigations, which is incorporated by reference herein.

- ☒ Continued on the attached sheet(s).
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

*Applicant's signature*

Polo Villarreal
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence.

Date: July 18, 2025

*Judge's signature*

City and State: Oklahoma City, Oklahoma

Chris M. Stephens, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the Matter of the Search of A Person, Simon Martinez-Gonzalez, who is incarcerated in the Cimarron Correctional facility located at 3200 South Kings Highway, in Cushing, Oklahoma, to Seize Samples of Deoxyribonucleic Acid ("DNA") via Buccal Swab** | Case No. MJ-25-435-CMS |

**Affidavit in Support of an Application
Under Rule 41 for a Warrant to Search and Seize**

I, Polo Villareal, being first duly sworn under oath, depose and state:

**Introduction and Agent Background**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to search and seize property, specifically, to search the person of **SIMON MARTINEZ-GONZALEZ**, further described in Attachment A, to seize deoxyribonucleic acid (DNA) samples of MARTINEZ-GONZALEZ by buccal (cheek) swab, as further described in Attachment B, because these samples may constitute evidence of violations of 18 U.S.C. §§ 1201(a)(1) and (g)(1) – Kidnapping of a Child by GONZALEZ-MARTINEZ.

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant. I, Polo Villarreal, your

affiant, am a Special Agent employed by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I have been employed as a Special Agent since April 2023 and am currently assigned to Resident Agent-in-Charge (RAC) Tulsa. Prior to becoming a Special Agent, I was employed as a Police Officer for the Tulsa Police Department between 2018-2023. While employed by the Tulsa Police Department I was a uniformed patrol officer from 2018-2019. I was also a Detective in the Family Violence Unit from 2019-2020 and a Detective in the Cyber Crimes Unit (later renamed Sexual Predator Digital Evidence Recovery Unit) between 2020-2022. I was a member of the Oklahoma State Bureau of Investigations (OSBI) Internet Crimes Against Children (ICAC) Task Force. I have investigated over 50 cases of child exploitation cases and conducted over interviews related to child exploitation. I completed the 5 weeks training of Basic Computer Evidence Recovery Training hosted by the United States Secret Service at the National Computer Forensics Institute. I have also completed Cellebrite's Certified Operator and Cellebrite's Certified Physical Analyst courses in person. I have a Bachelors in Pre-Medicine Biology from University of Texas Rio Grande Valley in Edinburg, Texas. I am familiar with the facts and circumstances of this investigation.

    3. During my time as a TPD Detective, I was also cross designated as an HSI Task Force Officer (TFO) for over two years. As an HSI TFO, I assisted in investigations of sexual assaults, human trafficking, human smuggling, drug trafficking and child exploitation. Subsequently, I graduated from the Criminal Investigator Training Program in August 2023 and HSI Special Agent Training Academy in December 2023.

4. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have received focused child exploitation training covering topics such as: undercover chatting concepts and techniques, interview techniques, live streaming investigations, undercover investigations, capturing digital evidence, transnational child sex offenders, correlations between child pornography and hands-on offenses, psychological and behavioral characteristics of sex offenders, and mobile messaging platforms utilized by these types of offenders. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2422.

5. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact I or others have learned during the course of this investigation.

6. Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that evidence of violations of 18 U.S.C. §§ 1201(a)(1) and

(g)(1) – Kidnapping of a Child will be located on the person or in the DNA of MARTINEZ-GONZALEZ.

## Jurisdiction

7. "[A] warrant may be issued to search for and seize any property that constitutes evidence of a criminal offense in violation of the laws of the United States." 18 U.S.C. § 3103a.

8. The requested search is related to the following violations of federal law:

   a. 18 U.S.C. §§ 1201(a)(1) and (g)(1) – Kidnapping of a Child

9. Venue is proper because the person described in this affidavit is located within the Western District of Oklahoma. Fed. R. Crim. P. 41(b)(1). MARTINEZ-GONZALEZ is currently incarcerated in the Cimarron Correctional facility located at 3200 South Kings Highway, in Cushing, Oklahoma, which is located within the Western District of Oklahoma.

## Probable Cause

### Background of the Investigation

10. On December 11, 2024, the HSI-led Tornado Alley Child Exploitation Trafficking Task Force was notified of a 16-year-old Minor Victim ("MV") who had been kidnapped by her stepfather, SIMON MARTINEZ-GONZALEZ. Bartlesville Police Department (BPD) Officer O'Neal received information on December 10, 2024, from MV's mother, Maria Isabel Miranda Vargas. Maria is a Spanish speaker, and this information was translated by her landlord, Edgar Martinez. On December 10, 2024, at

around 14:00s[1] the MARTINEZ-GONZALEZ had left the house to pick up meat from a store and had asked MV and Oziel, 18-year-old son of Maria, to go with him. Though Oziel refused, MV agreed to go with MARTINEZ-GONZALEZ, but the two had not returned in several hours. Maria stated she was worried that something was wrong. Maria stated that she thinks that MARTINEZ-GONZALEZ kidnapped MV. Maria attempted contact with both MV and MARTINEZ-GONZALEZ, but the phone went straight to voicemail.

11. When asked if MV and MARTINEZ-GONZALEZ were in an intimate relationship Maria stated no. Maria stated they were never left alone. Maria provided BPD with a description of MV, MARTINEZ-GONZALEZ, and the Honda Pilot they left in bearing Utah license plate "1CVZ2".

12. Officer O'Neal asked BPD Dispatch to ping the cell phone MV had in her possession when she left at approximately 14:00 with MARTINEZ-GONZALEZ. BPD Lieutenant Mains approved the cell phone ping for 1 hour according to Officer O'Neal's report. Maria stated that she did not know MARTINEZ-GONZALEZ's cell phone number because it was in the phone that MV had in her possession. Edgar was able to show Officer O'Neal MARTINEZ-GONZALEZ's Facebook profile. Edgar had attempted to call MARTINEZ-GONZALEZ via Facebook Messenger but he did not answer. The cell phone pinged multiple times at an address just across the Washington County border in Nowata County on Highway 60. The address shown was 4746 US-

---

[1] All times in this Affidavit are in 24-hour format in Central Standard Time.

60, Bartlesville, OK, 74006. MV was not located and was entered into the National Crime Information Center as a Missing Person.

13. On December 11, 2024, BPD with the help of commercial license plate readers received information that the Honda Pilot bearing Utah license plate "1CVZ2" was in the Laredo, Texas area, which is a border town with Mexico. BPD Sergeant Johnson was able to secure a ping location for the cellphone in MV's possession under exigent circumstances. The ping location was obtained from AT&T under file 4220922 showed Latitude 27.50907300, Longitude -99.49097300 at 07:30. That location was determined to be in the area of 1418 Lexington Avenue, Laredo, Texas. BPD Corporal Bailey called the United States Border Patrol Laredo West Station and HSI Tulsa to relay this information.

14. On December 11, 2024, at approximately 11:15, Investigator Keith Morvant, was asked to report to BPD and was notified of the situation with MV and MARTINEZ-GONZALEZ. Morvant enlisted the help of a Ray of Hope advocate, Yoci Clayborn, who speaks Spanish and went to Maria's address to continue the investigation.

15. Investigator Morvant stated that when Maria opened the door of her home she began crying and asked if her daughter was still alive. Maria thought it was unusual she had not heard from MV or MARTINEZ-GONZALEZ. Maria at this point clarified that MARTINEZ-GONZALEZ was her husband. Maria was asked to go to the BPD for an interview, which was audio and video recorded.

16. Maria provided investigators with current images of both MV and MARTINEZ-GONZALEZ. Maria stated MARTINEZ-GONZALEZ was supposed to go to the store alone, but MV stated she wanted to go with him before they left. Maria again stated that MV and MARTINEZ-GONZALEZ both had their cellphones with them.

17. Maria was asked if she thought MARTINEZ-GONZALEZ would be going back to Mexico and she stated they have not talked to any family in Mexico in a while. Maria was notified of the vehicle possibly being in Laredo, Texas and she did not think that MARTINEZ-GONZALEZ had enough money to drive to Laredo, Texas.

18. Maria stated she was not worried about MV and MARTINEZ-GONZALEZ being together, and she did not think he would do anything to hurt MV. Ms. Clayborn relayed to Investigator Morvant that while she was outside of the room Maria stated all her belongings were inside of that car and MV had also talked about going back to Mexico because the family was struggling financially.

19. Maria did state she told MV she did not want her to go with MARTINEZ-GONZALEZ to Coffeyville, along the Oklahoma and Kansas border, to get meat. After two and a half hours of them leaving the house, Oziel Facebook messaged MV if they did not return home soon, they would call the police. Maria stated they received a message from MV's Facebook account that said if Maria was going to do that, then they were just going to leave.

20. Maria later clarified and confirmed that she had been together with MARTINEZ-GONZALEZ for about 10-11 years. Maria stated that she was never

7

married to MARTINEZ-GONZALEZ either in Mexico or in the United States of America. Maria stated that neither her nor MARTINEZ-GONZALEZ ever started any process of adoption for any of her children.

21. At around the same time this interview was taking place HSI Tulsa was working with HSI Laredo in relaying the information being given by BPD's Cpl. Bailey. Cpl. Bailey requested a ping for MARTINEZ-GONZALEZ'S cellphone number from AT&T Global Legal Demands Center under exigent request. Cpl. Bailey stated he received Latitude 27.50728400, Longitude -99.50420400 at 10:31 Central Standard Time. That location was determined to be in the area of 814 Houston Street, Laredo, Texas. Investigators did an open web search for that address and Omnibus Express appeared as a result. Omnibus Express is a bus transportation company that offers a variety of services, including daily national and international travel, and group travel packages.

22. Investigator Morvant stated to BPD officers he did not believe MV to be in danger at about the same time that law enforcement in Laredo, Texas located and contacted both MV and MARTINEZ-GONZALEZ.

23. Investigators at this point were notified that law enforcement in Laredo had located MV, MARTINEZ-GONZALEZ and the Honda Pilot. At approximately 13:05, HSI Laredo advised Webb County Sheriff's Office (WCSO) via cellphone, that MV and MARTINEZ-GONZALEZ had been located at a travel bus station located at 802 Houston St, Laredo TX, 78040 "Omnibus Express," in a gold in color passenger vehicle.

24. WCSO Officer Rodriguez and Investigator Ramos responded to assist HSI, and due to the severity of the case, a felony traffic stop was conducted. A marked WCSO unit utilized their red and blue lights on said vehicle. Upon deputies exiting their patrol unit, MARTINEZ-GONZALEZ along with MV were detained. MV was identified, and she stated MARTINEZ-GONZALEZ was her stepfather. MARTINEZ-GONZALEZ and MV were separated. Investigator Ramos with WCSO asked MV if her and MARTINEZ-GONZALEZ were in a romantic relationship, and she stated yes. Inv. Ramos then asked MV if their relationship was sexual as well and she stated yes. MV was then taken to a WCSO substation, and a forensic interview was scheduled to be conducted at the Children's Advocacy Center in Laredo, Texas. On the way to the substation MV disclosed to Inv. Ramos that she was five months pregnant, and MARTINEZ-GONZALEZ was the father of her unborn child.

25. MARTINEZ-GONZALEZ was taken to the WCSO substation located at 7209 US Highway 59 for an interview. At approximately 15:37, the forensic interview of MV began. MV disclosed that her and MARTINEZ-GONZALEZ had a sexual relationship that began in Utah where they lived for a year. MV stated the sexual intercourse began when she was in 9th grade and that they had sexual intercourse two or three times while living in Utah. MV stated she became pregnant the second time they had sexual intercourse.

26. MV stated that her family and her moved to Bartlesville, Oklahoma which is where she began to exhibit visible signs of her pregnancy. MV stated that she did not want to have sexual intercourse anymore due to not wanting to hurt the baby. MV was

9

asked where they were going, and she stated they were going to Mexico to avoid MARTINEZ-GONZALEZ being arrested for his sexual relationship with her. MV stated that her mother was not aware of the relationship with MARTINEZ-GONZALEZ nor that she was pregnant, and they both feared her mother finding out.

27. On December 11, 2024, at around 15:53, WCSO Investigators Joseph Rodriguez and Andres Flores interviewed MARTINEZ-GONZALEZ after advising him of his *Miranda* rights. MARTINEZ-GONZALEZ denied having a sexual relationship with MV. MARTINEZ-GONZALEZ stated that him and Maria had gotten into a verbal argument. MARTINEZ-GONZALEZ stated that Maria retrieved the title of the vehicle and other miscellaneous papers before giving him the keys to the Honda Pilot and telling him he could keep it as long as he kept making the monthly payments. MARTINEZ-GONZALEZ decided to leave and told Maria that he was going to the store to buy meat in Coffeyville. MARTINEZ-GONZALEZ stated he invited MV and her brother but only MV went with him. That after about half a mile of driving MARTINEZ-GONZALEZ stated that he was not going to Coffeyville but rather to Oaxaca, Mexico. MARTINEZ-GONZALEZ stated MV agreed to travel with him to Mexico.

28. MARTINEZ-GONZALEZ stated he cannot read or write and MV navigated their route to Laredo using her cellphone. When asked why MARTINEZ-GONZALEZ'S cellphones were off when he left Bartlesville, he stated he knew the police were going to be tracking his phones which is why he turned his cellphones off.

10

29. MARTINEZ-GONZALEZ stated that him and MV went to a Wal-Mart in Laredo to cash in loose coins for dollar bills. He added that while walking to the Wal-Mart they did hold hands.

30. MARTINEZ-GONZALEZ stated they drove back towards the Omnibus Terminal and began panhandling for money. MARTINEZ-GONZALEZ explained that he was trying to gather money to buy bus tickets to Oaxaca, Mexico for the two of them. MARTINEZ-GONZALEZ denied having sex with MV and knowing about her pregnancy.

31. MARTINEZ-GONZALEZ was placed in the custody of U.S. Immigration and Customs Enforcement (ICE). ICE Enforcement Removal Operations (ERO) issued an I-247 Immigration Detainer to hold MARTINEZ-GONZALEZ for immigration proceedings.

32. On December 13, 2024, MARTINEZ-GONZALEZ was transported to the Laredo ICE-ERO Office for processing.

33. On December 13, 2024, at around 12:04, HSI Special Agents (SAs) Luis Cavazos and Edmond Palomarez arrived at the ERO Office in Laredo, Texas to interview MARTINEZ-GONZALEZ. On this same date, at approximately 12:08, HSI SA Luis Cavazos read MARTINEZ-GONZALEZ his *Miranda* rights in the Spanish language. MARTINEZ-GONZALEZ agreed to answer questions without an attorney present and signed the waiver of rights form.

34. MARTINEZ-GONZALEZ stated that for the last few months he has been living with his cousin, "Edgar," at his house in Oklahoma. MARTINEZ-GONZALEZ

was living with his common-law wife, Maria Isabel Miranda-Vargas, who he has been with for about 20 years, and her two kids, Oziel (18 years of age) and MV (15 years of age).

35. MARTINEZ-GONZALEZ stated that he got into an argument with Maria, and she mistreats her children. MARTINEZ-GONZALEZ further stated he had already spoken with his family about returning to Oaxaca because they couldn't find a home. MARTINEZ-GONZALEZ stated that he was in the process of applying for an immigration status, but the lawyer he hired scammed him.

36. MARTINEZ-GONZALEZ stated when he told Maria about returning to Mexico, she told MARTINEZ-GONZALEZ that she was going to stay in the U.S. MARTINEZ-GONZALEZ also stated he told Oziel about a week ago or more about going back to Mexico, but Oziel just stared at MARTINEZ-GONZALEZ and told MARTINEZ-GONZALEZ, "we are already here we might as well do something."

37. MARTINEZ-GONZALEZ stated that he was going to pick up meat from Jaime, an acquittance, who had recently killed a deer. MARTINEZ-GONZALEZ stated he asked Oziel if he wanted to go pick up the meat with him, but he just stayed sitting down using his phone. MARTINEZ-GONZALEZ stated that he didn't ask Maria because they were arguing at the time. MARTINEZ-GONZALEZ stated he and MV were on the way to pick up the meat when instead they decided to leave for Mexico.

38. MARTINEZ-GONZALEZ stated that during their trip Oziel called MV to ask them where they were at, and MV sent Oziel a message that read "what happened"

12

and Oziel responded back by asking MV where they were at. MARTINEZ-GONZALEZ stated MV responded back to Oziel but was unsure what MV wrote back. MARTINEZ-GONZALEZ stated he thinks Oziel responded back by writing, "why didn't you tell me so I could go with you all." MARTINEZ-GONZALEZ stated that MV responded with something along the lines of, "I told you to come, but you stayed sitting down" MARTINEZ-GONZALEZ stated that the moment he and MV decided to leave for Mexico, MARTINEZ-GONZALEZ did not call Maria to advise her. MARTINEZ-GONZALEZ further stated the plan was to leave for Mexico on a bus and leave the car around the area of the bus station. MARTINEZ-GONZALEZ stated that a man then came and asked MARTINEZ-GONZALEZ if he wanted to sell the car, but MARTINEZ-GONZALEZ stated he didn't have the paperwork for the car because the car was under Maria's name.

    39. MARTINEZ-GONZALEZ stated he was told MV was pregnant, and he feared spending a lot of time in jail because MV was pregnant, and he didn't know if the unborn child was his. MARTINEZ-GONZALEZ then stated he never had any sexual relations with MV.

    40. MARTINEZ-GONZALEZ stated there was no way he could have sexual relationships with MV because the whole family sleeps in the same room. MARTINEZ-GONZALEZ was asked if the DNA of the child would show that he is not the father and MARTINEZ-GONZALEZ stated he didn't know. MARTINEZ-GONZALEZ stated that when the baby is born that is when we will find out if the baby

is his or not. MARTINEZ-GONZALEZ stated if the DNA results show he is the father he wouldn't know how it happened because he never had relationships with her.

41. SAs asked MARTINEZ-GONZALEZ what MV would say if asked whether MARTINEZ-GONZALEZ was the father of her unborn child. MARTINEZ-GONZALEZ stated he wasn't sure what MV would say, and they should talk to her because there is no way MARTINEZ-GONZALEZ could know what MV would say.

42. MARTINEZ-GONZALEZ stated when the DNA comes back is when we will find out. MARTINEZ-GONZALEZ was then asked if MV does say MARTINEZ-GONZALEZ is the father of her child, is that the truth or is MV lying. MARTINEZ-GONZALEZ stated that it would be a lie. MARTINEZ-GONZALEZ then stated he wanted to talk to MV's mother to say sorry for bringing MV. MARTINEZ-GONZALEZ was asked why he began crying and he stated that he did not want to leave Oziel in Oklahoma.

43. On February 3, 2025, a federal Grand Jury in the Northern District of Oklahoma returned an Indictment charging MARTINEZ-GONZALEZ with 18 U.S.C. §§ 1201(a)(1) and (g)(1) – Kidnapping of a Child. MARTINEZ-GONZALEZ was ordered detained pending trial, and is incarcerated at Cimarron Correctional facility in Cushing, OK.

44. I make this affidavit in support of an application for a warrant to search the person of MARTINEZ-GONZALEZ and to seize a sample of DNA contained inside the human body of MARTINEZ-GONZALEZ. MARTINEZ-GONZALEZ's DNA is believed to contain evidence that will establish his motive for kidnapping MV in

14

violation of federal law. Specifically, comparing MARTINEZ-GONZALEZ's DNA to a known DNA sample taken from MV's child will confirm that he is the father of MV's child. This evidence would help explain why MARTINEZ-GONZALEZ sought to kidnap MV and take her to Mexico in order to prevent MV's pregnancy from being discovered by her mother and by law enforcement.

### DNA Evidence Collection
### of a Known Sample from a Person

45. The collection of a DNA sample from a person for the purpose of this criminal investigation will be performed in a reasonable manner by law enforcement agents as further described below in paragraph 46. The sample(s) will be delivered to Oklahoma State Bureau of Investigation Northeastern Regional Laboratory in Tahlequah, Oklahoma. The analysis of the DNA will be performed by trained criminalists in accordance with ISO/IEC 17025, which specifies the general requirements for the competence, impartiality, and consistent operation of laboratories. The ISO accreditation proves a laboratory has an acceptable quality management system in place, and it has the ability and competence to provide testing and calibration results.

46. Swabbing the inside of a person's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is referred to as taking a "buccal swab" or "buccal smear."

## Conclusion

47. I make this affidavit in support of an application for a warrant to search the person of MARTINEZ-GONZALEZ, described in Attachment A, to seize a sample of DNA contained inside the human body of MARTINEZ-GONZALEZ, as described in Attachment B, as the DNA is believed to contain evidence of violations of federal law, as more fully described herein. Specifically, comparing MARTINEZ-GONZALEZ's DNA to a known DNA sample taken from MV's child could confirm that he is the father of MV's child, and could establish MARTINEZ-GONZALEZ's motive for kidnapping MV. Therefore, I request the Court allow for the collection of a DNA sample from MARTINEZ-GONZALEZ and subsequent analysis for the purpose of laboratory comparison.

Respectfully submitted,

Polo Villarreal
Special Agent
Homeland Security Investigations

Subscribed and sworn to by phone on July __18__, 2025.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to be Searched

This warrant applies to the person of **SIMON MARTINEZ-GONZALEZ**, date of birth 1/17/1981, and is identified in Alien File No. 205-594-063. SIMON MARTINEZ-GONZALEZ is described as being 5'07" tall, weighing 180 pounds and having black hair and brown eyes. MARTINEZ-GONZALEZ is incarcerated in the Cimarron Correctional facility located at 3200 South Kings Highway, in Cushing, Oklahoma. He is pictured below:



## ATTACHMENT B

### Particular Things to be Seized

This warrant authorizes the seizure of the following materials, which constitute evidence of the commission of a criminal offense, namely violations of Kidnapping of a Child in violation of Title 18 United States Code Sections 1201(a)(1) and (g)(1) by SIMON MARTINEZ-GONZALEZ, who is more fully described in Attachment A and pictured below:

1. The deoxyribonucleic acid (DNA) of SIMON MARTINEZ-GONZALEZ, collected via buccal (cheek) swab and suitable for laboratory comparison;

